UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVON P. A., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-06694 MWF (ADS) <br><br> ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief in Support of Complaint (Dkt. No. 15), Defendant's Response Brief (Dkt. No. 18), Plaintiff's Reply (Dkt. No. 20), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 22). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 22) is accepted;
2. The decision of the Commissioner denying benefits is reversed and

remanded for further proceedings; and

3. Judgment is to be entered accordingly.

Dated: September 12, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge